IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, and ARNETTA SWIFT, | ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV53 |
| V. | ) ) | |
| HUBER JUDGE, TIM DUNNING, SHERIFF OF DOUGLAS COUNTY, JUDGE BOWIE, CLAUDIA MCNIGHT, and FOXALL, director of Douglas County Correctional, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

On May 11, 2016, the court ordered Plaintiffs to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiffs have not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiffs failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 7th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge